USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/27/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
GIFTY D. CAIQUO,                                             :
                                                             :
                                                             :
                                                             :
                                        Plaintiff,           :
                                                             :          1:26-cv-2441-GHW
                                                             :
                     -against-                               :
                                                             :               ORDER
ALL TRANSPORT INC., *et al.*,                                :
                                                             :
                                                             :
                                      Defendants.            :
                                                             :
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

        This action was removed from the Supreme Court of the State of New York, County of

Bronx, on March 25, 2026.  Dkt. No. 1.  Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to

demand a jury trial in this matter, the demand must be served and filed no later than April 8, 2026.

Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case.

Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of

service.

        SO ORDERED.

Dated:  March 27, 2026
        New York, New York

                                              _____
                                                     GREGORY H. WOODS
                                                   United States District Judge