USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

GIFTY D. CAIQUO,                              :
                                              :
                              Plaintiff,      :
                                              :          1:26-cv-2441-GHW
              -against-                       :
                                              :              ORDER
ALL TRANSPORT INC., *et al.*,                 :
                                              :
                              Defendants.      :
                                              :
--------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

In the Court's order dated March 27, 2026, Dkt. No. 7, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than April 21, 2026. The Court has not received the joint status letter or proposed case management plan. The parties are directed to comply with the Court's March 27, 2026 order forthwith and in any event no later than April 24, 2026.

SO ORDERED.

Dated:  April 22, 2026
New York, New York                        _____
                                              GREGORY H. WOODS
                                           United States District Judge