**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Gifty D. Caiquo,**

**Plaintiff,**

**-against-**

**All Transport Inc. and Oleg Kishnir,**

**Defendants.**

**1:26-cv-02441 (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The Court has referred this action to mediation. (*See* 4/28/26 Mediation Referral Order, ECF No. 17.) Accordingly,  the Initial Pretrial Conference scheduled for May 28, 2026 (*see* 4/28/26 Order, ECF No. 16) is adjourned *sine die*.

**SO ORDERED.**

Dated:          New York, New York
                     April 29, 2026

_____
STEWART D. AARON
United States Magistrate Judge